IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02492-BNB

RICK STEWART BUEN,

      Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

      Respondent,

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -2 2010

GREGORY C. LANGHAM
               CLERK

---

ORDER OF DISMISSAL

---

Applicant, Rick Stewart Buen, a Colorado Department of Corrections inmate, is incarcerated at the Fremont Correctional Facility in Canon City, Colorado. He initiated this action by filing *pro se* a "Petition for Violation of Constitutional Rights Under the 14th, 6th, and 5th Amendments" challenging his state court conviction and sentence.

In an order filed on October 13, 2010, Magistrate Judge Boyd N. Boland directed Mr. Buen to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Buen was ordered to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with a certified copy of his prisoner's trust fund account statement for the 6-month period immediately preceding the filing, or to pay the $5.00 filing fee. Plaintiff was also directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the court-approved form. The October 13 Order warned Mr. Buen that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Buen has not submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  He has also failed to pay the $5.00 filing fee.  Mr. Buen has not filed any documents with the Court to attempt to comply with the October 13 Order. Therefore, Mr. Buen has failed to cure the designated deficiencies within the time allowed.  Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Rick Stewart Buen, to comply with the order to cure dated October 13, 2010.

DATED at Denver, Colorado, this 1st day of December, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  10-cv-02492-BNB

Rick Stewart Buen
Prisoner No. 143329
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215- 0999


     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to
the above-named individuals on   12/2/10

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk